| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNAMEE, STEPHEN M | U.S. DISTRICT COURT OF AZ | 8/11/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | Nomination. Date<br><br>Initial ● Annual Final | 1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| SANDRA DAY O'CONNOR US COURTHS<br>401 W WASHINGTON ST, SPC 60<br>PHOENIX, AZ 85003-2158 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CUSTODIAN, UGMA | AS CUSTODIAN, I HOLD A SMALL # OF STOCKS AND SECURITIES UNDER THE UNIFORM GIFT TO MINORS ACT |
| 2. PRESIDENT, AZ UC ALUMNI CENTER, AND MID-WESTERN REGION VICE PRESIDENT | UNIVERSITY OF CINCINNATI ALUMNI ASSOCIATION |
| 3. SECRETARY/TREASURER | DISTRICT JUDGES ASSOCIATION, 9TH CIRCUIT COURT |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 12 11 25 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | STATE OF ARIZONA, INCOME TAX REFUND | 529 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | CROWN LIFE, NORMAL (LIQUIDATING) DISTRIBUTION |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA, US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 2. IRA, US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH-IRA: | | | | | | | | | |
| 4. ML-IRA, ML BANK USA | | None | J | T | Suspense | 2003 | | | |
| 5. ML-IRA, MASSACHUSETS INVESTORS | | None | | T | SELL | 01/16 | J | | |
| 6. ML-IRA, MFS VALUE FD CL A | A | Dividend | J | T | BUY | 01/16 | J | | |
| 7. MERRILL LYNCH-IRA: | | | | | | | | | |
| 8. ML-IRA, ML BANK USA | | None | J | T | Suspense | 2003 | | | |
| 9. ML-IRA, S&P DEP RCPTS | A | Dividend | J | T | | | | | |
| 10. MERRILL LYNCH-IRRA: | | | | | | | | | |
| 11. ML-IRRA, ML BANK USA | | None | K | T | Suspense | 2003 | | | |
| 12. ML-IRRA, S&P DEP RCPTS | A | Dividend | K | T | | | | | |
| 13. ML-IRRA, AMERICAN EURO PACIFIC | A | Dividend | K | T | | | | | |
| 14. ML-IRRA, CALAMOS GROWTH FUND | A | Dividend | J | T | | | | | |
| 15. ML-IRRA, DAVIS NEW YORK VENTURE FD CL Y | A | Dividend | K | T | BUY | 01/13 | J | | |
| 16. ML-IRRA, DAVIS NEW YORK VENTURE FD CL Y | A | Dividend | K | T | BUY | 04/17 | J | | |
| 17. ML-IRRA, FRANKLIN BIOTECH DISCOVERY FD CL A | A | Dividend | J | T | PARTIAL SELL | 01/16 | J | | |
| 18. ML-IRRA, LORD ABBETT MID CAP | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ML-IRRA, MASSACHUSETTS INVESTORS GROWTH STOCK FD | A | Dividend | | T | SELL | 01/16 | K | | |
| 20. ML-IRRA, MFS VALUE FD CL A | A | Dividend | L | T | BUY | 01/16 | J | | |
| 21. ML-CMA: | | | | | | | | | |
| 22. ML-CMA, ML-BANKING ADVANTAGE ACCOUNT (FORMERLY CKG ACCT) | A | Interest | J | T | | | | | |
| 23. ML-CMA, DAVIS NEW YORK VENTURE FD | A | Dividend | | T | PARTIAL SELL | 01/13 | J | | |
| 24. ML-CMA, DAVIS NEW YORK VENTURE FD | A | Dividend | | T | SELL | 04/17 | K | | |
| 25. ML-CMA: | | | | | | | | | |
| 26. ML-CMA, ML-BANKING ADVANTAGE ACCOUNT | A | Interest | J | T | | | | | |
| 27. US BANK SAVINGS ACCOUNT, PHX, AZ | A | Interest | J | T | | | | | |
| 28. US BANK SAVINGS ACCOUNT, PHX, AZ | A | Interest | J | T | | | | | |
| 29. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 31. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 32. WELLS FARGO BANK, CKG ACCOUNT, PHX, AZ | | None | J | Y | | | | | |
| 33. FAIRFIELD TANGLEWOOD, FAIRFIELD ESTATES | | None | J | W | | | | | |
| 34. ST LUKES HEALTH 403(B)7: | | | | | | | | | |
| 35. VANGUARD 500 INDEX FD | A | Dividend | L | T | Participant | 01/01 | K | | |
| 36. MERRILL LYNCH-RIRA: | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.    ML-RIRA, ML BANK USA | | None | J | T | BUY | 06/01 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1.001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII LINE 35 - VESTED PARTICIPANT 01/01 ST. LUKES 403(B) PLAN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _August 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544